UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTOINE A. LEACH,<br><br>            Plaintiff,<br><br>  v.<br><br>SGT. SCHNEIDER,<br><br>            Defendant. | NO: 4:14-CV-5062-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE |

    Magistrate Judge Hutton filed a Report and Recommendation on August 27, 2014, recommending that Mr. Leach be denied leave to proceed *in forma pauperis* and that this file be closed (ECF No. 6). Plaintiff did not comply with the requirements of 28 U.S.C. § 1915(a)(2). There being no objections, the Court **ADOPTS** the Report and Recommendation (ECF No. 6). The application to proceed *in forma pauperis* (ECF No. 3) is **DENIED.**

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file. The Court certifies pursuant

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE -- 1

to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** September 25, 2014.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE -- 2